# United States Court of Appeals for the Fifth Circuit

No. 24-10821
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
February 25, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

KEVIN GLEN WILLIAMS,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:15-CR-32-1

_____

Before GRAVES, WILLETT, and WILSON, *Circuit Judges*.

PER CURIAM:*

The Federal Public Defender appointed to represent Kevin Glen Williams has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Williams has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

_____

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-10821

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.